ADAM JENDRASZEK, as Administrator of the Estate of BOLESLAW KAMINSKI, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.

*Jendraszek* v. *International Ry. Co.*, 149 App. Div. 935, affirmed.
(Argued April 2, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the defendant's negligence.

*Roscoe R. Mitchell* for appellant.

*Frank J. Fitzpatrick* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.